IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES CHARLESTON, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION: 12-00183-KD-C |
| STEVE B. HORSLEY and J.B. HUNT TRANSPORT, INC., | : | |
| Defendants. | : | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 8, 2012 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiffs' Motion to Remand (Doc. 5) is **GRANTED** and that this case is hereby **REMANDED** to the Circuit Court of Marengo County, Alabama, from whence it came.

**DONE** and **ORDERED** this the **27**th day of **August 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**